

**PALILLOLAW**
MICHAEL B. PALILLO, PC

Michael B. Palillo
Ryan Amato

BROADWAY CHAMBERS BUILDING
277 BROADWAY
SUITE 501
NEW YORK, NEW YORK 10007

P 212.608.8959
F 212.608.0304

mpalillo@palillolaw.com
ramato@palillolaw.com

October 13, 2017

via e-mail smillar@law.nyc.gov
and hand delivery
Corporation Counsel
100 Church Street Room 23-220
New York, New York 10007
Att: Special Federal Litigation
    Samantha Millar, ACC

RE: Collins v. City of New York
    CV-17-5379 (NGG)

Dear Mr. Millar:

Pursuant to our conversation of October 12, 2017, enclosed please find authorizations permitting the release of my client's sealed records pursuant to NYCPL 160.50 AND 160.55.

Also enclosed please find the Order of Magistrate Steven M. Gold setting an initial conference as follows:

Date: January 25, 2018
Time: 10:00 AM
Location: United States District Court
          Eastern District of New York
          225 Cadman Plaza East
          Brooklyn, New York
          Courtroom 13-D South

Kindly note this date in your diary.

Thank you for your attention to this matter.

Very truly yours,

MICHAEL B. PALILLO

MBP/yv